PROB 12A  
(10/15)

February 24, 2021  
pacts id: 5490003

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

Report on Offender Under Supervision

**Name of Offender:** Albert Mauricio Gaitan (English)  **Dkt No.:** 18CR04662-001-BAS

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Sentence:** 10 months in custody, three years of supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** October 15, 2019

**Date Supervised Release Commenced:** June 29, 2020

**Prior Violation History:** None.

## NONCOMPLIANCE SUMMARY

Mr. Gaitan was arrested on February 4, 2021, by the Hemet Police Department for possession of approximately two kilograms of Fentanyl. A police report is not currently available, and the matter remains under investigation. Upon his release from custody, he failed to report the police contact to the probation officer within 72 hours.

Mr. Gaitan's grant of supervision began on June 29, 2020, commencing a three-year term of supervised release. Currently, the offender is being supervised in the Central District of California based on his residency. Aside from the above violation conduct, the probation officer from the Central District of California reports Mr. Gaitan has remained in compliance. He will continue to be closely monitored by the probation officer and any subsequent violation conduct will be addressed with the Court.

The probation office in the Central District of California has asked that jurisdiction be transferred from the Southern District of California to the Central District of California to allow any subsequent conduct or issues to be addressed more efficiently in that district.

**U.S. Probation Officer Recommendation:** No formal Court action be taken at this time on the reported noncompliance, and upon approval of transfer of jurisdiction (Prob. 22) from the Southern District of California to the Central District of California, jurisdiction to be transferred.

Respectfully submitted:

by  _____  
Keyonna Stanford  
U.S. Probation Officer  
(619) 557-7199

Reviewed and approved:

_____  
Scott A. Kiefer  
Supervisory U.S. Probation Officer

PROB12A

| | |
|---|---|
| Name of Offender: Albert Mauricio Gaitan | February 24, 2021 |
| Docket No.: 18CR04662-001-BAS | Page 2 |

Attachments

**THE COURT ORDERS:**

__X__  TAKE NO ACTION AT THIS TIME ON THE REPORTED NONCOMPLAINCE AND UPON APPROVAL OF TRANSFER OF JURISDICTION (PROB. 22) FROM THE SOUTHERN DISTRICT OF CALIFORNIA TO THE CENTRAL DISTRICT OF CALIFORNIA, JURISDICTION TO BE TRANSDFERRED.

_____  Other _____

_____

*[signature: Cynthia Bashant]*                                                    3/1/2021

The Honorable Cynthia Ann Bashant                                        Date
U.S. District Judge

                                                                                          rjm/CLK